① PHH Mortgage Services
1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Tel: 877 744 2506

② PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

③ Capital One
P.O. Box 71087
Charlotte, NC 28272-1087

④ Chase Bank
Cardmember Services
P.O. Box 6294
Carol Stream, IL. 60197-6294

⑤ Warren Memorial Hospital
351 Valley Health Way
Front Royal, VA 22630

6. Warren County Court
1 East Main St
Front Royal, VA 22630

7. Town of Front Royal
102 E Main Street
Front Royal, VA, 22630

8. ~~Frederick~~ Clarke County Courthouse
104 N Church St
Berryville, VA 22611

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
2:35 PM
FEB 22 2024
By _____ CAS
Deputy Clerk