Certificate Number: 14751-VAW-DE-038212331

Bankruptcy Case Number: 24-50090



14751-VAW-DE-038212331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2024, at 8:43 o'clock PM PST, BEDIONG A NYOKON completed a course on personal financial management given by internet by $$$$$$0$ BK Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Virginia.

Date: February 22, 2024

By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
1:30 p.m.
MAR - 6 2024
By _____ Deputy Clerk